UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN D VARNADO,

        Plaintiff(s),

    v.

MIDLAND FUNDING LLC,

        Defendant(s).
_____/

No. C-13-05705 DMR

**ORDER TAKING MOTION TO DISMISS [DOCKET NO. 15] UNDER SUBMISSION WITHOUT ORAL ARGUMENT**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court has received Defendants' motion to dismiss [Docket No. 15] and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the **May 8, 2014** hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

    IT IS SO ORDERED.

Dated: May 2, 2014

_____
DONNA M. RYU
United States Magistrate Judge