UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN D VARNADO, | No. C-13-05705 DMR |
| Plaintiff(s), | **ORDER RESETTING CASE MANAGEMENT CONFERENCE; ORDER RE: JOINT DISCOVERY LETTER [DOCKET NO. 33]** |
| v. | |
| MIDLAND FUNDING LLC, | |
| Defendant(s). | |

The case management conference in this matter is advanced from July 2, 2014 to **June 4, 2014 at 1:30 p.m** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).  The parties' joint case management statement is due on **May 28, 2014**.

The court has now ruled on Defendants' motion to dismiss two of the four claims brought by Plaintiff.  *See* Order [Docket No. 40].  At least three of Plaintiff's claims are now at issue.  The court **vacates the May 22, 2014** hearing on the parties' dispute regarding Defendants' initial disclosures.  [Docket No. 33.]  On June 4, 2014, counsel shall arrive at the courthouse by **12:00 p.m.** to meet and confer in person about the discovery dispute, and shall be prepared to argue any unresolved matters at the case management conference at 1:30 p.m.  Counsel shall also be prepared to stay in the

courthouse after the case management conference, in the event that the court orders further meet and confer discussions.

IT IS SO ORDERED.

Dated: May 15, 2014



_____
DONNA M. RYU
United States Magistrate Judge

2