UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN D VARNADO, | No. C-13-05705 DMR |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MIDLAND FUNDING LLC, | |
| Defendant(s). | |

The court is in receipt of the parties' notice of settlement and request to vacate the Case Management Conference. [Docket No. 46.] The request is granted. The Case Management Conference previously scheduled for June 4, 2014 has been VACATED. The parties shall submit a status report regarding the settlement of this matter by no later than **July 2, 2014.**

IT IS SO ORDERED.

Dated: May 30, 2014

DONNA M. RYU
United States Magistrate Judge