| | |
|---|---|
| 1 | Michael Meinert (SBN 243384) |
| 2 | Meinert Law |
| | 2950 Buskirk Avenue, Suite 300 |
| 3 | Walnut Creek, CA  94597 |
| | Telephone: (925) 708-6223 |
| 4 | Facsimile: (925) 524-2318 |
| 5 | Email: michael@meinertlaw.com |
| 6 | Attorney for Plaintiff |
| | KAREN D. VARNADO |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KAREN D. VARNADO, | Civil Action No. 4:13-cv-5705-DMR |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| MIDLAND FUNDING LLC, a Delaware Limited Liability Corporation Authorized to do Business in California; MIDLAND CREDIT MANAGEMENT, INC., a Kansas Corporation Authorized to do Business in California; MR. SAMUEL SHEPPY, individually and in his official capacity; and DOES 1-21. | The Honorable Donna M. Ryu |
| Defendants. | |

Having reviewed the filed Stipulation Re: Dismissal of Entire Action With Prejudice, signed by counsel for Plaintiff KAREN D. VARNADO, counsel for Defendants MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC., this Court hereby orders that this matter be dismissed in its entirety, with prejudice.  This Court will retain jurisdiction to enforce the settlement agreement in place.

1
2     IT IS SO ORDERED:
3
4     Dated:     July 18, 2014
5
6                                              _____
7                                              The Hon. Donna M. Ryu
                                               United States District Court
                                               Northern District of California
8
9
...
26

[~~PROPOSED~~] ORDER TO STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
*VARNADO V. MIDLAND FUNDING, ET* AL  (CIVIL ACTION NO. 4:13-CV-05705-DMR)
-2-